UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

ALLIED PORTABLES, LLC,

    Debtor.

_____/

Case No. 9:17-bk-00865
Chapter 11

**EMERGENCY HEARING REQUESTED**

### DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO ENTER INTO SECURED FINANCING FOR PURCHASE OF REPLACEMENT TRUCK

ALLIED PORTABLES, LLC, Debtor-in-Possession ("Debtor"), by and through its undersigned counsel, hereby seeks the entry of an Order authorizing the Debtor to enter into a post-petition secured financing for purchase of a replacement truck, pursuant to 11 U.S.C §§ 363(b), 364(c) and 105(a), and respectfully states as follows:

1. On February 1, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor is in the port-a-let business. As a regular part of its business, the Debtor uses trucks to move and maintain its port-a-let equipment.

3. Pursuant to 11 U.S.C. §§ 1107 and 1108, the Debtor is continuing as a Debtor-in-Possession.

4. An Official Committee of Unsecured Creditors has not been appointed as of the filing of this pleading.

5. This Court has jurisdiction herein pursuant to 28 U.S.C. §1334 and §158. This is a core matter under section 157(b) of the Bankruptcy Code. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 4109.

6. The Debtor owns and operates multiple trucks necessary and critical to its business. The trucks are used to transport and maintain the port-a-lets. Shortly after the filing, one of the Debtor's trucks at its Palmetto location was severely damaged and must be replaced.

7. The insurance process will take time and will not result in an immediate replacement truck. In the interim, the Debtor urgently needs a replacement truck.

8. In the ordinary course of its business, the Debtor recently acquired a new truck from Wallace International Truck, Inc. ("Wallace") in Fort Myers that was financed by Hitachi Capital America Corp. ("Hitachi"). Paperwork from the recent transaction is attached hereto as **Exhibit A**.

9. The Debtor wishes to acquire a new, similar truck from Wallace on similar financing terms. The financing may be offered by Hitachi or a similar truck finance company, but would be generally on the same terms as the recent transaction.

10. No creditor or party-in-interest will be harmed by the requested relief.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an Order granting it authority to purchase a new truck on financed terms similar to the recent transaction shown on the attached **Exhibit A**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all creditors (see attached Matrix) by U.S. Mail this 20th day of February, 2017, and on the CM/ECF participants (indicated on the attached Matrix with a "+" symbol) via Electronic Service Text Entry at the time of entry by the Court.

> JOHNSON, POPE, BOKOR,
> RUPPEL & BURNS, LLP
>
> /s/ Michael C. Markham
> Michael C. Markham (FBN: 0768560)
> 401 E. Jackson St., Suite 3100 (33602)
> P.O. Box 1100
> Tampa, FL 33601-1100
> Telephone:   813-225-2500
> Facsimile:   813-223-7118
> Email: Mikem@jpfirm.com
> Attorneys for Debtor

3871015

**WALLACE INTERNATIONAL TRUCKS, INC.**
2761 EDISON AVE., FORT MYERS, FL 33916
239-334-1000
Fax: 239-334-8712

RETAIL ORDER FOR NEW AND USED MOTOR VEHICLES AND ATTACHMENTS

| | |
|---|---|
| SELLER | WALLACE INTERNATIONAL TRUCKS, INC. |
| CITY AND STATE | FORT MYERS, FL |
| STOCK NUMBER | 40203 |
| CUSTOMER NUMBER | 400723 |
| DATE | 12/30/2016 |
| PHONE | |
| PURCHASER | ALLIED PORTABLES, LLC |
| COMPANY | ALLIED PORTABLES, LLC |
| ADDRESS | 2770 VERONICA SHOEMAKER BLVD |
| CITY | FORT MYERS |
| COUNTY | |
| STATE, ZIP | FL 33916 |
| MILEAGE | |

I hereby order from Seller, subject to all terms, conditions and agreements contained herein, and the ADDITIONAL PROVISIONS printed on the REVERSE hereof, the following:

| YEAR* | NEW/USED | MAKE | MODEL | SERIAL OR IDENTIFICATION NUMBER | BODY TYPE | COLOR | PRICE |
|---|---|---|---|---|---|---|---|
| 2017 | NEW | HINO | 268A | 5PVNJ8JV5H4S65979 | | WHITE | 62960.00 |

*YEAR SHOWN IS THE YEAR DESIGNATED

TERMS are payment on delivery.
Delivery of this purchase to be made at 2761 East Edison Ave., Fort Myers, FL 33916

OTHER EQUIPMENT:

**TRADE-IN VEHICLES**

| | |
|---|---|
| MAKE | N/A |
| YEAR-MODEL | N/A |
| CHASSIS NO. | N/A |
| BODY TYPE | |
| ALLOWANCE | N/A |
| AMT. OWING (IF ANY) | N/A |
| TRADE-IN NET ALLOWANCE | |

☐ If marked the AMT OWING TO THE LIENHOLDER IS ONLY AN ESTIMATE. PLEASE READ PARAGRAPH 9 ON THE REVERSE SIDE.

**FEES**

8e. *Charge represents estimated costs for License, Title and any Registration fees.
8f. **This charge represents costs and profit to the dealer for items such as inspecting, cleaning and adjusting vehicles and preparing documents related to the sale.

ADDITIONAL INFORMATION

**EXHIBIT A**

| | |
|---|---|
| 1. CASH PRICE | 62960.00 |
| 2. EXTENDED WARRANTIES AND/OR VEHICLE SERVICE CONTRACTS | N/A |
| 3. FEDERAL EXCISE TAX | N/A |
| 4. STATE SALES TAX | 3807.48 |
| 5. CASH PRICE PLUS TAX | 66767.48 |
| 6. CASH DOWN PAYMENT | $ 6861.00 |
| TRADE-IN (NET ALLOWANCE) | N/A |
| 7. UNPAID BALANCE OF CASH PRICE (4 LESS 5) | $59906.48 |
| TOTAL DOWN PAYMENT | |
| OTHER CHARGES 8.a. | $ N/A |
| 8.b. | $ N/A |
| 8.c. | $ |
| 8.d. | $ N/A |
| 8.e. LICENSE & TITLE FEES* | $ 400.00 |
| 8.f. DEALER SERVICE FEE** | $ 489.00 |
| 8.g. TIRE & BATTERY FEE | $ 9.00 |
| TOTAL OTHER CHARGES | 898.00 |
| 9. UNPAID BALANCE (Amount Financed) (TOTAL OF 6 and 7) | 60804.48 |
| | $ - |

EXTENDED WARRANTIES AND/OR VEHICLE SERVICE CONTRACT DETAILS

We are selling this Vehicle to you **AS-IS** and we expressly disclaim all warranties, express and implied, including any implied warranties of merchantability and fitness for a particular purpose. We may provide you with a separate written warranty, in which the Dealership expressly agrees to assume certain obligations. THERE ARE NO WARRANTIES OR OBLIGATIONS WHICH EXTEND BEYOND THOSE SET FORTH HEREIN OR IN OUR SEPARATE WRITTEN WARRANTY. Any warranties by a manufacturer, service contract provider, or supplier other than our Dealership are theirs, not ours, and only such manufacturer, service contract provider, or supplier shall be liable for performance under such warranties. No verbal promises by dealership representatives or third parties will be recognized or honored in connection with the sale of the vehicle or other goods and services.

X _Renee DoSermo_  1/6/17         X _____
ACCEPTED       DATE                DECLINED       DATE

NOTE: This Order is subject to the written acceptance of the dealer which it is addressed, and if addressed to International Truck and Engine Corporation is subject to written acceptance by its Regional Sales Management or Branch Managers. PURCHASER'S DEPOSIT WILL BE RETURNED IF NOT ACCEPTED, SUBJECT TO THE TERMS SET FORTH ON THE REVERSE SIDE. **NO REFUNDS** WILL BE GIVEN FOR SPECIAL ORDER OR CUSTOM VEHICLES.

NOTE: PLEASE READ THE PARAGRAPH TITLED "AGREEMENT ON MANDATORY ARBITRATION" ON THE REVERSE SIDE BEFORE YOU SIGN BELOW.
PURCHASER ACKNOWLEDGES RECEIPT OF AN EXACT COPY OF THIS ORDER

BY: _____

PURCHASER:

BY: _Renee DoSermo_

ORDER TAKEN
BY: _____

To Reorder: Login into www.stapleseasyprint.com or Call 1-800-237-2372  Item # 8963028-29003

Copyright © 2012. CDK Global, LLC All rights reserved. (12/14)

Application #: 278344

# MOTOR VEHICLE SECURITY AGREEMENT

This Motor Vehicle Security Agreement ("Agreement") dated as of 12/30/2016, by and between Hitachi Capital America Corp. ("Creditor"), a Delaware corporation having a place of business at 800 Connecticut Avenue, Norwalk, Connecticut 06854; and ALLIED PORTABLES, LLC (separately and together, the "Buyer") having an address at 3770 Veronica S Shoemaker Blvd, Fort Myers, FL 33916-2267; and with Buyer and Creditor, collectively, the "Parties").

1. **GRANT OF SECURITY INTEREST:** Buyer grants to Creditor a security interest in the vehicle(s) being purchased, listed below (collectively the "Vehicle(s)"), and any attachments, additions, accessories and equipment then installed in the Vehicle(s) and all replacement parts and all proceeds thereof (collectively the "Collateral")

   Description of Collateral:
   (1) 2017 HINO 268A  5PVNJ8JV1H4S66112

Name and Location of Dealer: WALLACE INTERNATIONAL, , 2761 E. EDISON AVENUE, FT. MEYERS, FL 33916

GARAGING ADDRESS: 3770 Veronica S Shoemaker Blvd , Fort Myers, FL 33916-2267

2. **OBLIGATIONS SECURED:** Each item of Collateral set forth above in Paragraph 1 secures not only the specific amount which Buyer promises to pay pursuant to Paragraph 3, but also all other present and future indebtedness or obligations of Buyer to Creditor and Creditor's affiliates of every kind and nature (collectively the "Indebtedness").
3. **PROMISE TO PAY; TERMS AND PLACE OF PAYMENT:** Buyer promises to pay the Indebtedness to the Creditor at the rates and upon such terms as provided herein. Buyer, having agreed to purchase the Collateral, desires to finance a portion of the purchase price of the Collateral from Creditor, under the terms and provisions of this Agreement, and agrees with the Creditor as follows:

Description of Trade-In(s) if any:

Gross Allowance ............................................................................ $0.00

Less Amount Owing To: _____ ............ $0.00

Trade-In (Net Allowance) ............................................................... $0.00

A.  CASH SALE PRICE OF VEHICLE(S) .................................... $62,960.00
    LICENSE, TAXES and OFFICIAL FEES .............................. $4,437.14
    OTHER FEES (FET, Insurance or Warranty fees) ................. $0.00

TOTAL COST ................................................................................................................ $67,397.14

B.  (a) Cash Down Payment ..................................................... $6,861.00

    (b) Net Trade-In Allowance (See above) ............................ $0.00

    (c) Other Credits .................................................................. $_____
    (Describe):

    TOTAL DOWN PAYMENT ................................................. $6,861.00

C.  DIFFERENCE BETWEEN A & B ........................................... $60,536.14

D.  AMOUNT FINANCED / Credit provided to you or on your behalf:
    Difference between A & B ..................................................... $60,536.14

E.  Finance Charge
    (The total amount of interest you will pay) ............................ $10,872.26

F.  Total Amount of Payments (D+E) .......................................... $71,408.40

G.  Total Sale Price (B+F) ............................................................ $78,269.40

PAYMENT SCHEDULE: Buyer promises to pay Creditor the AMOUNT FINANCED (Item D above) PLUS interest calculated at a rate per annum of **6.70%** (the "Indebtedness")until all amounts due Creditor hereunder have been fully paid, with such payments to be made in installments as follows:

[X] *For equal successive monthly installments:* .................................... (a) The term of this obligation shall be 60 months commence on the date of delivery. The Buyer shall pay to the Creditor 60 consecutive monthly installments of principal and interest in the amount of $1,190.14 commencing on 01/30/2017 at which time the entire principal balance together with all accrued interest shall

*handwritten margin notes:* # 28147 ; 1190.14 ; 338.00 InT ; 852.14 prin.

Motor Vehicle Security Agreement     Page 1 of 5

Label Matrix for local noticing
113A-9
Case 9:17-bk-00865-FMD
Middle District of Florida
Ft. Myers
Mon Feb 20 15:50:28 EST 2017

Fort Myers Automotive
3755 Fowler Street
PO Box 60202
Fot Myers, FL 33906-6202


Airgas
PO Box 532609
Atlanta, GA 30353-2609


Amerisure Mutual Insurance
Lockbox 730502
Dallas, TX 75373-0502


Bob Dean Supply Inc
2624 Hanson St
Fort Myers, FL 33901-7488


Chem Aqua
23261 Network Place
Chicago, IL 60673-1232


Coastal Paper & Chemical
864 SE 46th Lane
Cape Coral, FL 33904-8818


FEDEX
PO Box 660481
Dallas, TX 75266-0481


Florida Dept of Transportati
PO Box 105477
Atlanta, GA 30348-5477


HK&M Properties
4104 61st Street E
Palmetto, FL 34221-9332


Allied Portables, LLC
PO Box 61809
Fort Myers, FL 33906-1809



Robin Youmans
c/o Daniel R. Fogarty, Esq.
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison St., Ste. 200
Tampa, FL 33602-4718


Allied Recycling
PO Box 2506
Fort Myers, FL 33902-2506



Audi Financial Services
PO Box 5215
Carol Stream, IL 60197-5215



Buchanan Ingersoll &
Rooney, PC
2235 First St
Fort Myers, FL 33901-2979


Chester Adamsom
5805 Chiquita Blvd S
Cape Coral, FL 33914-8030



Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668



Fastenal Co
PO Box 978
Winona, MN 55987-0978



Florida Spring & Axle Servic
2335 Rockfill Rd
Fort Myers, FL 33916-4819



Heritage Crystal Clean LLC
13621 Collections Center Dr
Chicago, IL 60693-0136


Caryl E. Delano
Tampa
, FL



Aero Hardware & Supply
300 International Pkwy
Sunrise, FL 33325-6240



American Express
P.O. Box 650448
Dallas, TX 75265-0448



Barnett
PO Box 404295
Atlanta, GA 30384-4295



Century Link
P.O. Box 1319
Charlotte, NC 28201-1319



Cintas
P.O. Box 630910
Cincinnati, OH 45263-0910



FCB Bank
PO Box 790408
Saint Louis, MO 63179-0408



Florida Dept of Revenue
Ft Myers Service Center
2295 Victoria Ave
Suite 270
Fort Myers, FL 33901-3871


Fort Myers Automotive
3755 Fowler Street
PO Box 60202
Fort Myers, FL 33906-6202



Hitachi
21925 Network Place
Chicago, IL 60673-1219

| | | |
|---|---|---|
| Imperial Supplies, LLC<br>PO Box 23910<br>Green Bay, WI 54305-3910 | Industrial & Marine Hardware<br>2947 Hanson St<br>Fort Myers, FL 33916-7583 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J&J Chemicals<br>PO Box 614<br>Crawford, GA 30630-0614 | Jackson Citrus Inc<br>PO Box 610<br>Labelle, FL 33975-0610 | LCEC<br>PO Box 31477<br>Tampa, FL 33631-3477 |
| MPI Management Planning<br>1000 Lenox Dr<br>Lawrenceville, NJ 08648-2312 | Monro Muffler Brake, Inc<br>200 Holleder Pkwy<br>Rochester, NY 14615-3808 | Motion Industries Inc<br>PO Box 404130<br>Atlanta, GA 30384-4130 |
| Paramount Chemical & Plastic<br>14680 Cementery Rd<br>Fort Myers, FL 33905-7308 | PolyJohn<br>PO Box 10805<br>Merrillville, IN 46411-0805 | Port Consolidated<br>PO Box 350430<br>Fort Lauderdale, FL 33335-0430 |
| Progressive Waste Solutions<br>of Florida, Inc.<br>PO Box 5278<br>Carol Stream, IL 60197-5278 | Robin Youmans<br>c/o Daniel Fogarty<br>110 East Madison St., Ste. 200<br>Tampa, Florida 33602-4718 | Robin Youmans<br>c/o Daniel R. Fogarty, Esquire<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison St., Ste. 200<br>Tampa, Florida 33602-4718 |
| SE Power Systems of Ft Myers<br>5900 Country Lakes Dr<br>Fort Myers, FL 33905-5505 | Safelite<br>1800 Boy Scout Dr<br>Fort Myers, FL 33907-2113 | Specialty Vehicle and<br>Equipment Funding<br>213 W 35th Street, 10th FL<br>New York, NY 10001-1903 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | SunTrust Consumer Loan<br>PO Box 791144<br>Baltimore, MD 21279-1144 | Sylint<br>240 N Washington Blvd<br>#600<br>Sarasota, FL 34236-3900 |
| The Expediter, LLC<br>6667 White Drive<br>West Palm Beach, FL 33407-1236 | Thread Source Inc.<br>PO Box 61622<br>Fort Myers, FL 33906-1622 | Tidy Coast Event Services<br>13150 SE Flora Ave<br>Hobe Sound, FL 33455-9789 |
| Tims Towing & Recovery Inc<br>PO Box 1206<br>Labelle, FL 33975-1206 | Tire Super Center<br>2800 Fowler St<br>Fort Myers, FL 33901-6315 | Toico Industries, Inc<br>3205 So. Bouwhuis Dr<br>West Haven, UT 84401-2639 |
| Toyota Commercial Finance<br>Dept. 2431<br>Carol Stream, IL 60132-2431 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Walex Products Co Inc<br>PO Box 3785<br>Wilmington, NC 28406-0785 |

| | | |
|---|---|---|
| Wallace International Trucks<br>PO Box 1585<br>Fort Myers, FL 33902-1585 | Wex Bank<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | Woods Steel Division<br>3724 Dr Martin Luther King<br>Fort Myers, FL 33916-4637 |
| Michael C Markham +<br>Johnson Pope Bokor Ruppel & Burns LLP<br>Post Office Box 1100<br>Tampa, FL 33601-1100 | Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | United States Trustee - FTM +<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 |
| Daniel R Fogarty +<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF | End of Label Matrix<br>Mailable recipients    67<br>Bypassed recipients    0<br>Total    67 |