**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:

ALLIED PORTABLES, LLC,

      Debtor.
_____/

Case No. 9:17-bk-00865-FMD
Chapter 11

**FIRST AMENDMENT TO DEBTOR'S PLAN**
**OF REORGANIZATION DATED JUNE 6, 2017**

ALLIED PORTABLES, LLC, Debtor and Debtor-in-possession, hereby amends its Plan of Reorganization Dated June 6, 2017 (Doc. 81) to replace Section 4.7 with the following:

Section 4.7   Class 7:  The Allowed Unsecured Claim of Buchanan Ingersoll & Rooney, PC, shall be allowed as filed (Claim no. 3-1 in the amount of $487,402.83) and shall be satisfied in full through a lump sum payment from the Debtor's cash on hand in the amount of $100,000 to be made within sixty (60) days of the Effective Date.

    s/ Michael C. Markham
    MICHAEL C. MARKHAM
    Johnson, Pope, Bokor, Ruppel & Burns, LLP
    401 E. Jackson St., Suite 3100
    Tampa, FL 33602
    (813) 225-2500
    mikem@jpfirm.com
    Attorneys for Debtor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically on the CM/ECF participants on July 31, 2017.

    /s/ Michael C. Markham
    Michael C. Markham

4142272